[No. 52959-5-I. Division One. February 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN DANIEL BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-06347-5, Palmer Robinson, J., entered September 2, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53074-7-I. Division One. February 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BABIKER ABDEL-RAHIM BABIKER, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 03-1-04450-1, Steven C. Gonzalez, J., entered August 25 and September 28, 2003, and June 23, 2004. *Affirmed* by unpublished per curiam opinion. Now published at 126 Wn. App. 664.

[No. 53137-9-I. Division One. February 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW WILSON RIVERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00256-5, Patricia H. Aitken, J., entered October 1, 2003. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid and Appelwick, JJ.

[No. 53138-7-I. Division One. February 28, 2005.]

CORPORATE EXPRESS OFFICE PRODUCTS, INC., *Respondent*, v. THE CITY OF SEATTLE, EXECUTIVE SERVICES DEPARTMENT, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 02-2-24600-1, Charles W. Mertel, J., entered September 5 and October 1, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kennedy, J., concurred in by Agid and Appelwick, JJ.